# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER KNOTT, | : | Civil No. 1:25-CV-01893 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| STANTON E. SOLLENBERGER, D.O., | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic case management conference with the court on February 11, 2026, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

### Summary of Dates and Deadlines

| | |
|---|---|
| Joinder of additional parties: | Plaintiff: March 31, 2026 |
| | Defendants: April 15, 2026 |
| Amended pleadings: | Plaintiff: September 1, 2026 |
| | Defendants: October 1, 2026 |
| Discovery Disputes: | July 20, 2026 |
| Status conference: | July 22, 2026, at 9:30 a.m. |
| Fact discovery: | August 31, 2026 |
| Dispositive motions and supporting briefs: | September 30, 2026 |
| Plaintiff's expert reports: | September 30, 2026 |
| Defendant's expert reports: | November 6, 2026 |
| Supplemental and rebuttal expert reports: | November 20, 2026 |
| Expert discovery: | December 18, 2026 |
| Trial: | March 1, 2027 |

**IT IS ORDERED THAT**:

**1.     Joinder of Additional Parties and Amended Pleadings.**  All additional parties shall be joined by **March 31, 2026,** for the plaintiff and by **April 15, 2026,** for the defendants.  Amended pleadings are due by **September 1, 2026,** for the plaintiff and by **October 1, 2026,** for the defendants.

**2.     Trial List.**  The above case is hereby placed on the **March 1, 2027**, trial list.[1]

**3.     Discovery Disputes.**  The final deadline to file a discovery dispute shall be six (6) weeks prior to the close of fact discovery.

**4.     Status Conference.**  A status conference will be conducted via telephone by the court on **July 22, 2026, at 9:30 a.m.**  The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.  The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues.  Participation in this conference by counsel and by self-represented parties is mandatory.  Any counsel of record may

---

[1] The court schedules every civil case on its docket on a trial list date.  A trial list date is distinct from a trial date certain.  The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain.  If any dispositive motion is filed in this case, the court will generally continue the trial list date, pending resolution of the dispositive motion.  However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.

participate in this conference call, as long as the attorney taking the lead for the conference is fully prepared to address the above matters.

5.      **Fact Discovery.**  Fact discovery shall be completed by **August 31, 2026**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

6.      **Expert Reports and Expert Discovery**.  Plaintiff's expert reports are due on **September 30, 2026**.  Defendant's expert reports are due on **November 6, 2026**.  Supplemental and rebuttal expert reports are due on **November 20, 2026**. Expert discovery shall be completed by **December 18, 2026**.

7.      **Dispositive Motions.**  Dispositive motions <u>and</u> supporting briefs shall be filed by.  Briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date **September 30, 2026**.

8.      The court will not consider any submission filed after the deadlines established in this order or, in the absence of a court order, the Federal Rules of Civil Procedure, or the Local Rules of the Middle District of Pennsylvania, unless counsel includes a written explanation for the lateness along with the late submission and the court concludes that the lateness was substantially justified or unavoidable.

9. Counsel and parties shall not mutually agree to extend any time periods established by the court's case management order, the Local Rules, or the Federal Rules of Civil Procedure without the approval of the court. Requests for extension of time must comply with Local Rule 7.5.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: February 11, 2026